**RECEIVED**

AUG 1 1 2009

JAMES BONINI, CLERK
DAYTON, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

FILED
JAMES BONINI

2009 AUG 14 PM 2:47

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV DAYTON

__BRYON FREES_____
(Enter Above the Name of the Plaintiff in this Action)

vs.

__Pioneer CrediT Recovery INC.__
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

__ITT Technical InstiTuTe_____
__Sallie Mae Loan Service & DaTa Service__
__U.S. DeparTmenT of EducaTion__
__Sallie Mae Inc._____

**3:09 cv 301**

**WALTER HERBERT RICE**

**SHARON L. OVINGTON**

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

__BRYON Allen FREES_____
Name - Full Name Please - PRINT

__614 S. Union ST._____
Street Address

__TRoY OHIO   45373_____
City, State and Zip Code

__937- 451-9323 or 937-875-2512__
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. **Pioneer Credit Recovery, Inc.**
   Name - Full Name Please
   **26 Edwards Street Arcade, NY 14009**
   Address: Street, City, State and Zip Code

2. **ITT Technical Institute**
   **3325 Stop eight Road Dayton, Ohio 45414**

3. **Sallie Mae Loan Service & Data Service**
   **11100 U.S.A. PKWY Fishers, Indiana 46037**

4. **U.S. Department of Education**
   **400 Maryland Avenue, SW Washington, D.C. 20202**

5. **Sallie Mae Inc.**
   **9900 Westpoint Dr. Indianapolis, Indiana 46037**

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☒ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒ Title **20** United States Code, Section **1095a (a)(5)   1095a (b)   1078(c)(2)(A)**
   [Other federal status giving the court subject matter jurisdiction.]
   **15 1692**

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

I attended ITT Technical Institute (school) from 1994 to 1995, 1 year of school. A promissory note was sign, Sallie Mae is the guarantor of the loan. Miami County Employment and Training Program (JTPA) Alyce Bell plus pell grants, helped pay for the tuition. Since this time, ITT lost all my records and are charging 4,000 Dollars more for the program, plus interest. Sallie Mae is garnishment my wages, plus Pioneer Credit Recovery Inc is going to garnishment my wages for the same loan. Sallie Mae has taken 4,000 dollars, in garnishment in already 16 months.

1. Violation of the Federal Fair Debt Collections Practice Act 15 U.S.C. §§ 1692 et seq.
2. Violation Wage garnishment Provisions of HEA, 20 U.S.C. §§ 1095a (a)(5)(b)
3. Violation Ohio Consumer Sales Practices Act 1345.02(A)
4. Violation of Fair Credit Reporting Act.
5. Misrepresentation
6. Fraud   U.C.C. § 3-305 (2)(c)      O.R.C. 2305.03
7. Unjust enrichment Doctrine
8. Spoliation
9. Embezzlement
10. General Negligence
11. Intentional infliction of emotional Distress (outrage)

-3-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | |
|---|---|---|
| 09CV100790 | BRYON FREES | vs. Jeff Schmitt Auto Group |
| CVI0900885 | BRYON FREES | vs. ITT Technical School |
| | | vs. |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

Due process for a amount on a student Loan That I do not owe. I want The garnishment To sTop. seeking Damages and injunctive relief. Promissory note contract cancelled.

I state under penalty of perjury that the foregoing is true and correct. Executed on

this 14 day of August, 20 09.

Bryon Frees
Signature of Plaintiff

-4-

12. Breach of ConTracT
13. PuniTive Damages (conducT)
14. NegligenT hiring, reTenTion, Supervision
15. Vicarius LiabiliTy (TorTs)