309 South Fourth Street
P.O. Box 182452
Columbus, Ohio 43218-2452

614-466-7420
1-800-837-1508

MR. BRYON FREES
15 S MULBERRY ST
TROY , OH 45373

07/08/94

[illegible]-8217

# OHIO INSTRUCTIONAL GRANT PROGRAM
## 1994 - 1995 ACADEMIC YEAR

Based on your authorization, information reported by you on the Free Application for Federal Student Aid (FAFSA) has been released to the Ohio Student Aid Commission to determine your eligibility for an Ohio Instructional Grant. The Ohio Instructional Grant Program, which is funded by the State of Ohio, provides tuition assistance to eligible Ohio residents who are enrolled for full-time undergraduate study (12 or more credit hours) at an eligible **Ohio or Pennsylvania** institution of higher education. Grants are based on income and family size. For a dependent applicant, the family income limit is $28,000. For an independent applicant, the income limit is based on the number of dependents supported by the applicant (and spouse). For example, the income limit for an independent applicant with no dependents (other than a spouse) is $12,800. **Your Ohio Instructional Grant eligibility status for the 1994-1995 academic year is shown below.**

YOUR 1994-1995 OHIO INSTRUCTIONAL GRANT ELIGIBILITY STATUS: AWARDED

PUBLIC: $282 PRIVATE: $684 PROPRIETARY: $594
REMAINING ELIGIBILITY: 15 QUARTERS 10 SEMESTERS

EXPLANATION OF ELIGIBILITY STATUS SHOWN ABOVE

AWARDED: You are eligible to receive an Ohio Instructional Grant in the 1994-1995 academic year. The maximum grant you are eligible to receive for the full academic year is printed above. You may receive up to one-third of the maximum grant for any three quarters of enrollment including the summer term of 1994, or one-half of the maximum grant for any two semesters of enrollment including the summer semester of 1994. The actual amount of your grant will be determined by your enrollment status, the type of institution you attend and other financial aid which you receive. You must be enrolled in an eligible associate degree, bachelor's degree or hospital school of nursing program. OIG benefits will be applied to your instructional and general fee charges only. You must file a FAFSA or renewal FAFSA each year to reapply for the Ohio Instructional Grant.

NOT ELIGIBLE: You do not meet the OIG eligibility requirement which is indicated.

INCOMPLETE DATA: The Ohio Student Aid Commission did not receive enough information to determine your OIG eligibility. After you receive your Student Aid Report from your FAFSA, contact OSAC or your College Financial Aid Office to determine what information is needed.

If your OIG eligibility information changes, contact OSAC or your College Financial Aid Office for appropriate procedures. To transfer your OIG benefits, contact OSAC or your College Financial Aid Office for appropriate procedures.



Exhibit VII.

300 South Fourth Street
P.O. Box 182452
Columbus, Ohio 43218-2452

614-466-7420
1-800-837-1508

MR. BRYON FREES
15 S MULBERRY ST
TROY , OH 45373

10/07/94

[redacted]-8217

OHIO INSTRUCTIONAL GRANT PROGRAM
1994 - 1995 ACADEMIC YEAR

Based on your authorization, information reported by you on the Free Application for Federal Student Aid (FAFSA) has been released to the Ohio Student Aid Commission to determine your eligibility for an Ohio Instructional Grant. The Ohio Instructional Grant Program, which is funded by the State of Ohio, provides tuition assistance to eligible Ohio residents who are enrolled for full-time undergraduate study (12 or more credit hours) at an eligible **Ohio or Pennsylvania** institution of higher education. Grants are based on income and family size. For a dependent applicant, the family income limit is $28,000. For an independent applicant, the income limit is based on the number of dependents supported by the applicant (and spouse). For example, the income limit for an independent applicant with no dependents (other than a spouse) is $12,800. **Your Ohio Instructional Grant eligibility status for the 1994-1995 academic year is shown below.**

YOUR 1994-1995 OHIO INSTRUCTIONAL GRANT ELIGIBILITY STATUS: AWARDED

PUBLIC: $1,062 PRIVATE: $2,622 PROPRIETARY: $2,214
REMAINING ELIGIBILITY: 15 QUARTERS 10 SEMESTERS

EXPLANATION OF ELIGIBILITY STATUS SHOWN ABOVE

AWARDED: You are eligible to receive an Ohio Instructional Grant in the 1994-1995 academic year. The maximum grant you are eligible to receive for the full academic year is printed above. You may receive up to one-third of the maximum grant for any three quarters of enrollment including the summer term of 1994, or one-half of the maximum grant for any two semesters of enrollment including the summer semester of 1994. The actual amount of your grant will be determined by your enrollment status, the type of institution you attend and other financial aid which you receive. You must be enrolled in an eligible associate degree, bachelor's degree or hospital school of nursing program. OIG benefits will be applied to your instructional and general fee charges only. You must file a FAFSA or renewal FAFSA each year to reapply for the Ohio Instructional Grant.

NOT ELIGIBLE: You do not meet the OIG eligibility requirement which is indicated.

INCOMPLETE DATA: The Ohio Student Aid Commission did not receive enough information to determine your OIG eligibility. After you receive your Student Aid Report from your FAFSA, contact OSAC or your College Financial Aid Office to determine what information is needed.

If your OIG eligibility information changes, contact OSAC or your College Financial Aid Office for appropriate procedures. To transfer your OIG benefits, contact OSAC or your College Financial Aid Office for appropriate procedures.