JOB TRAINING PARTNERSHIP PROGRAM
c/o Miami County Community Action Council
1695 Troy-Sidney Road
Troy, Ohio 45373
(513) 335-7921

Training Order No. 011817
Date 8/12/94
Participant Bryon Feels
SSN ███-██-8217
Occ. Area HEATING & AIR CONDITIO

**PLAINTIFF'S EXHIBIT 3.5**

VC_____

ITT _____ (school) is authorized to enroll the above participant and to bill the JTPA program for enrollment costs as indicated below. If the participant cancels, payment shall be made according to the school's refund policy.

19 94 quarter: Winter ___ Spring ___ Summer ___ Fall ✓

| Courses: | Cost | Books | Cost |
|---|---|---|---|
| Tuition | $1956.00 | | |
| Reb Fee | $75.00 | | |
| | | | |
| Minus OJG | (198.00) | | |
| SUB-TOTAL | $1833.00 | SUB-TOTAL | 0 |
| GRAND TOTAL | $1833.00 | | |

Participant is eligible and enrolled in JTPA Activity:
By: _Alyce A. Bell_
    Employability Specialist
Date: 8/12/94

Segment: Youth ___
         Adult ✓

Program: IIA(Y) ___
         IIA(A) ✓
         IIA 3% ___
         IIA 6% ___
         IIA 8% ___
         IIA ___
         IIB ___
         III ___

Charge: (Chart/Account) _____ Paid (Date) _____

Payment is authorized by Job Training Partnership Program
By: _____
Date: 8/16/94

Payment is within approved budget
By: _Robin Bigelow_
Date: 8/12/94

TAX EXEMPTION #780258

White (Provider)            Yellow (Bookkeeping)            Pink (Participant File)

Exhib. T VI.

FINANCIAL AID RESOURCES AND APPLICATION
HEA/PELL AND JTPA GRANTS

JTPA Participant **Bryan Trees**
Social Security No. ███-██-8217
School **ITT**
Qtr. S (F) W Sp Sem: 1 2 3 Year **1994**

Based on the Financial Aid Award Notice, grant funds will be applied approximately as follows to school costs:

| Source: | Direct School Costs: (Tuition/Books/Fees) | School-Related Costs: (Living Expenses) |
|---|---|---|
| 1. OIG | $198.00 | $ 0 |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. JTPA | $1833.00 | $ |
| 5. PELL | $ 0 | $ 0 |

NOTE: Your Statement of Student Accounts will reflect the accurate financial aid awarded based on your accrual credit hours. These may vary from the Financial Aid Award Notice.

This represents our mutual agreement as to the appropriate mix of resources and the application of resources to meet school and school-related expenses.

The above represents our compliance with 20CFR627.22(b) to prevent double billing and duplication of federal funds and to identify funds available for training and living expenses under HEA Title IV, including PELL grants and JTPA funds.

Signature: Participant (Date _____) JTPA (Date 8/12/94) School (Date _____)

*Exhibit VI.*

Return to:
Miami County JTPA
1695 Troy-Sidney Road
Troy, OH. 45373

White(File)    Yellow(School)    Pink(Participant)
appfunds.doc(7/94)

012697

**JOB TRAINING PARTNERSHIP PROGRAM**
c/o Miami County Community Action Council
1695 Troy-Sidney Road
Troy, Ohio 45373
(513) 335-7921

Training Order No. _____
Date 11/18/94
Participant Bryan Frew
SSN ###-##-8217
Occ. Area Heating & AC

ITT Technical College (School) is authorized to enroll the above participant and to bill the JTPA program for enrollment costs as indicated below.

If the participant cancels, payment shall be made according to the school's refund policy.

19 94/95  Winter ✓   Spring ___   Summer ___   Fall ___

| Courses: | Cost | Books | Cost |
|---|---|---|---|
| Tuition | $1956.00 | Required Books | $49.00 |
| Lab Fee | 75.00 | | |
| | | | |
| Minus | ( ) | | |
| SUB-TOTAL | $2031.00 | SUB-TOTAL | $49.00 |
| GRAND TOTAL | $2080.00 | | |

Participant is eligible and enrolled in JTPA Activity:
By: _Alyce S. Bell_
   Employability Specialist
Date: 11/18/94

Program:
- IIA (Ad) ✓
- IIC (OS)
- IIC (IS)
- IIA 5%
- IIA 8%
- IIA 6%
- III
- IIB

Payment is authorized by Job Training Partnership Program:
By: _Michele F. Beeman_
Date: 11/18/94
Payment is within approved budget
By: _Robin Bigelow_
Date: 11/18/94

Charge: (Chart/Account) _____ Paid (Date) _____

TAX EXEMPTION #780258

White (Provider)      Pink (Participant File)      Yellow (Bookkeeping)

Exhibit VI.

FINANCIAL AID RESOURCES AND APPLICATION
HEA/PELL AND JTPA GRANTS

JTPA Participant _Bryon Frees_

Social Security No. ●●-●●-8311

School _ITT Technical Institute_

Qtr. S (F) W Sp  Sem: 1 2 3  Year _1994_

Based on the Financial Aid Award Notice, grant funds will be applied approximately as follows to school costs:

| Source: | Direct School Costs: (Tuition/Books/Fees) | School-Related Costs: (Living Expenses) |
|---|---|---|
| 1. OIG | $ 0 | $ 0 |
| 2. | $ | $ |
| 3. | $ | $ |
| 4. JTPA | $ 2043.00 | $ |
| 5. PELL | $ 0 | $ 717.00 |

NOTE: Your Statement of Student Accounts will reflect the accurate financial aid awarded based on your accrual credit hours. These may vary from the Financial Aid Award Notice.

This represents our mutual agreement as to the appropriate mix of resources and the application of resources to meet school and school-related expenses.

The above represents our compliance with 20CFR627.22(b) to prevent double billing and duplication of federal funds and to identify funds available for training and living expenses under HEA Title IV, including PELL grants and JTPA funds.

Signature: Participant (Date _11/18/94_) JTPA (Date _11/18/94_) School (Date _____)

_Bryon Frees_     _Alice S. Bee_

Return to:
Miami County JTPA
1695 Troy-Sidney Road
Troy, OH. 45373

Exhibit VI.

*Exh.6.7 V1.*

# MIAMI COUNTY
## Community Action Council
## Miami Metropolitan Housing Authority
## Miami Employment and Training Program
## Miami County Transit Service

Phone: (513) 339-1431
(513) 335-7921
(513) 332-6800 ext. 6704
(513) 773-9680 ext. 6704
(513) 698-4088 ext. 6704
TDD Service: (513) 335-7921
FAX No.: (513) 339-8905

1695 Troy-Sidney Rd.   Troy, Ohio 45373

TO: Brian Sraas

FROM: JTPA Employability Specialist

RE: JTPA Informational Meeting

DATE: 6/7/94

*Note: This session will be held in the basement. Please enter at the rear of the building, the door on the left.*

We are currently inviting people who have been placed on our JTPA Interest List to attend an Informational Meeting and Testing Session.

This phase of our selection process consists of a brief description of our JTPA services in the morning, a break for lunch, and then a Basic Skills Testing Session in the afternoon.

We have scheduled your sessions on **Tuesday** **6/14/94**
                                      Day         Date
as follows:

Morning Session - Begins promptly at **10:00** to approximately **11:15**.

Afternoon Session - Resumes promptly at **1:00** to approximately **2:45**.

Attendance of these sessions is mandatory if you would like to be considered for the program. If you arrive late or do not attend the above sessions, your name will be removed from the JTPA Interest List and you will not be considered for selection.

Upon completion of the afternoon session, anyone still interested in pursuing JTPA will be given an appointment to apply and determine your eligibility for the program.

We are looking forward to serving your employment and training needs.

### APPOINTMENT POLICY:

Failure to keep your appointment, bring the required documents, call to re-schedule **before** your appointment, or being late without a verifiable reason beyond your control, shall result in cancellation and you may not re-apply for **6** months until **12/14/94**. If there is no response from you, this letter shall serve as your official notice of cancellation.

### HEARING RIGHTS:

You have the right to request an Informal Hearing to review your case. Request must be in writing within 10 days of the occurrence of the action.

This letter shall be your only notification. No duplicate copy provided, and we will not answer inquiries about it.

lsh

cc: File

PARKING IN REAR
EQUAL OPPORTUNITY PROGRAM
Persons with Disabilities Accommodated

jtpsinfo.lst(2/94)

Exhibit VI.



# MIAMI COUNTY
## Community Action Council
## Miami Metropolitan Housing Authority
## Miami Employment and Training Program
## Miami County Transit Service

1695 Troy-Sidney Rd.  Troy, Ohio 45373

Phone: (513) 339-1431
(513) 335-7921
(513) 332-6800 ext. 6704
(513) 773-9680 ext. 6704
(513) 698-4086 ext. 6704
TDD Service: (513) 335-7921
FAX No.: (513) 339-8905

To: BRYON FREES
15 S. MULBERRY ST
TROY, OH 45373     Phone: 335-0492

From: ALYCE     Social Worker

Date: 6/16/94

Re: Confirmation of Appointment

You are scheduled for an appointment for the JTPA Program on 6/27/94 (Date) at 9:30AM (Time).

Please bring with you the following items for ALL family members:

✓ Certified Birth Certificate
✓ Social Security Card
✓ Driver's License
__ Armed Service Discharge (DD214)
✓ Draft Registration (18 years +)
✓ Most Recently filed Income Tax Return 1993 (Year) & W.2'S
✓ Proof of Residency (utility bill, rent receipt, etc.)
__ Parent or Guardian (if under 18 years)
__ Current heating bill or receipt of bulk fuel purchase
__ Current utility bill (water and/or electric)

Gross Household Income Verification
(*Examples: Reverse Side)
__ Current (Past 30 days)
__ Past 3 months          12/27/93 –
✓ Past 6 months           6/27/94
__ Past 12 months
Dislocated Workers:
__ Notice of Plant Closing/ Substantial Layoff
__ Termination/Layoff Notice
__ All Unemployment Compensation Documents (Green Slip, Record Book, etc.)
__ Other _____

Please make arrangements to leave your children with someone else.

## APPOINTMENT POLICY:

Failure to keep your appointment, bring the required documents, call to re-schedule before your appointment, or being late without a verifiable reason beyond your control, shall result in cancellation and you may not re-apply for 6 months until 12/27/94. If there is no response from you, this letter shall serve as your official notice of cancellation.

## HEARING RIGHTS:

You have the right to request an Informal Hearing to review your case. Request must be in writing within 10 days of the occurrence of the action.

This letter shall be your only notification. No duplicate copy provided, and we will not answer inquiries about it.

lsh
cc: File

PARKING IN REAR

confappt lsh(2/94)

EQUAL OPPORTUNITY PROGRAM
Persons with Disabilities Accommodated

Exhibit VI.



# MIAMI COUNTY
## Community Action Council
## Miami Metropolitan Housing Authority
## Miami Employment and Training Program
## Miami County Transit Service

1695 Troy-Sidney Rd.   Troy, Ohio 45373

Phone: (513) 339-1431
(513) 335-7921
(513) 332-6800 ext. 670
(513) 773-9680 ext. 670
(513) 698-4088 ext. 670
TDD Service: (513) 335-7921
FAX No.: (513) 339-8905

Monday 27th 9:30

TO: Brian Frees

FROM: Alice
Employability Specialist

DATE: 6/14/99

Please call me by 6/17/99 to schedule an appointment for the following:

[X] Eligibility Determination

[ ] Individual Objective Assessment

This is the next step in our JTPA process. Failure to call by the above date shall result in cancellation.

Thank you.

### APPOINTMENT POLICY:

Failure to keep your appointment, bring the required documents, call to re-schedule **before** your appointment, or being late without a verifiable reason beyond your control, shall result in cancellation and you may not re-apply for _6_ months until 12/15/99. If there is no response from you, this letter shall serve as your official notice of cancellation.

### HEARING RIGHTS:

You have the right to request an Informal Hearing to review your case. Request must be in writing within 10 days of the occurrence of the action.

This letter shall be your only notification. No duplicate copy provided, and we will not answer inquiries about it.

lsh
cc: File

### PARKING IN REAR

EQUAL OPPORTUNITY PROGRAM
Persons with Disabilities Accommodated

apptjtpa.let(2/94)



# MIAMI COUNTY
## Community Action Council
## Miami Metropolitan Housing Authority
## Miami Employment and Training Program
## Miami County Transit Service

1695 Troy-Sidney Rd.   Troy, Ohio 45373

Phone: (513) 339-1431
(513) 335-7921
(513) 332-6800 ext. 6704
(513) 773-9680 ext. 6704
(513) 698-4088 ext. 6704
TDD Service: (513) 335-7921
FAX No.: (513) 339-8905

TO: _Bryon Trees_

FROM: JTPA Employability Specialist

RE: JTPA Enrollment/Orientation

DATE: _7/11/94_

Congratulations! You have been determined eligible for the Miami County JTPA Program. We will now begin the process of determining if the JTPA Program can benefit you **and** your willingness to invest your time and energy to meet your educational goal.

We have scheduled the following appointment for your JTPA orientation (Rules/Regulations/Our Expectations), and objective assessment (Interests/Skills/Needs/Goals).

_Thurs_     _7/14/94_   Time: _9:00AM_ to approximately _11:30am_
Day         Date

Please make arrangements to attend the **entire** length of this session. At the completion of this session, you will be instructed to contact _____ to schedule an appointment for the completion of your Employability Plan (ISS).

Due to the demand for JTPA services, we will **not** reschedule this appointment without a verifiable reason **beyond your control**. You must arrive **on time** or risk immediate cancellation.

We look forward to serving your educational needs.

### APPOINTMENT POLICY:

Failure to keep your appointment, bring the required documents, call to re-schedule **before** your appointment, or being late without a verifiable reason beyond your control, shall result in cancellation and you may not re-apply for _6_ months until _1/14/95_. If there is no response from you, this letter shall serve as your official notice of cancellation.

### HEARING RIGHTS:

You have the right to request an Informal Hearing to review your case. Request must be in writing within 10 days of the occurrence of the action.

This letter shall be your only notification. No duplicate copy provided, and we will not answer inquiries about it.

lsh
cc: File

**PARKING IN REAR**

jtpaor6.doc(2/94)

EQUAL OPPORTUNITY PROGRAM
Persons with Disabilities Accommodated

Exhibit VI.

Step 1:  ___  Pick up and complete   1) <u>Application to the School</u>
                                     2) <u>Financial Aid Applications</u>    ___ Pell
                                        (Found at the F.A. office)           ___ OIG (F-T)


Step 2:  ___  Schedule yourself for a <u>Success Seminar/Testing</u> at the School
              At the Seminar you will:

              - Get an orientation to the School
              - Take an Asset Test
              - Register for classes according to Test results
              - Complete the JTPA Projected Schedule Form


Step 3:  ___  Complete the Steps above. You will receive a letter from _____
              in the mail with instructions to call for an appointment to
              finish your paperwork and receive a voucher.

              ✓ ~~Wimp~~ Alyce     at JTPA by  8/12/94  Friday 2:00 P.M.    to let them
              know when your Success Seminar is scheduled. An appointment
              will be made with JTPA to hand in your Class Registration and
              get a Voucher.


              Things you <u>must bring</u> to your JTPA appointment:

              ___  Registration Form

              ✓    Statement of Account/Fee Bill (FOR QUARTER BEGINNING
                                                 9/6
                                                 est. of book
                                                 costs

              ___  Placement Test Scores

              ~~___  JTPA Projected Schedule Form (Completed)~~

Grades from
1st + 2nd Qtr.
              ✓    FINANCIAL AID AWARD STATEMENTS

==========================================================================

*** Approximately 4-6 weeks after you mail out your Financial Aid Applica-
    tions you will receive a reply in the mail.

IF YOU . . <u>Need Corrections</u>  or  <u>Recieved an SAR</u>     or  <u>Recieved a Denial</u>
                                       <u>with eligibility</u>         <u>and are NOT eligible</u>

           - See the Financial      - Turn the SAR into        - Turn a copy of
             Aid Office at            the Financial Aid          this response
             School to help           Office.                    into JTPA.
             you correct it,
             then re-send it.      - The Financial Aid
                                     Office will then
                                     send you a <u>Finan-
                                     cial Aid Award
                                     Letter</u> which JTPA
                                     needs a copy of
                                     immediately.


REMEMBER... If you have <u>any</u> questions or concerns <u>please</u> feel free to call us
            at any time!



# MIAMI COUNTY
## Community Action Council
## Miami Metropolitan Housing Authority
## Miami Employment and Training Program
## Miami County Transit Service

1695 Troy-Sidney Rd.   Troy, Ohio 45373

Phone: (513) 339-1431
(513) 335-7921
(513) 332-6800 ext. 6704

TDD Service: (513) 335-7921
FAX No.: (513) 339-8905

TO: Bryon Trees

FROM: Alyce
Employability Specialist

RE: Registration for Classes

DATE: 10/31/94

It will soon be time to register for classes at your school for the **Winter/Spring** quarter/semester. In order to continue receiving JTPA assistance for your education, you must register during **early** registration.

Please do the following:

(1) Call JTPA by **11/23/94** (Date) to schedule an appointment to receive your voucher.

(2) Secure the following documents for your JTPA appointment:

☒ Registration/Class Schedule

☒ Fees Statement

☐ Projected Schedule Form for the _____ (Year) school year.

☐ Financial Aid Award Letter

☒ Pell Award Letter - stating amount award & for which quarters

You must have the above documents for your JTPA appointment. If you are having difficulty obtaining them, please call the office before your appointment. Your voucher cannot be released unless all documents have been secured.

If you do not call for an appointment by the above date, your JTPA assistance may be cancelled.

lsh

cc: File

## NOTIFICATION OF HEARING

WITHIN THIRTY (30) CALENDAR DAYS after the complaint is filed, a HEARING WILL BE CONDUCTED. The complainant shall be advised, in writing, of all procedural rights.

WITHIN SIXTY (60) CALENDAR DAYS after the filing of the complaint, a final written decision shall be rendered by the Hearing Officer, and mailed to the complainant (certified mail - return receipt requested). The DECISION shall include, but shall not be limited to, the following:

(1) The reason(s) for the decision.
(2) A statement whether or not the SDA level complaint procedure, as specified in the JTPA Complaint Procedure Manual, has been complied with.
(3) Notice of the right to request a review at the state level (OBES EEO/AA Office) when any party disagrees with any aspect of the hearing officer's decision.

## REVIEW OF DECISION

State Level:

The complainant has ten (10) calendar days after receipt of the hearing officer's decision or ten (10) days from the date on which the decision should have been received to request a review with the Manager of the EEO/AA Division, 145 So. Front St., Columbus, OH. 43215—(614) 644-2703. The OBES EEO/AA Division's hearing officer may uphold the SDA level decision, in whole or in part, or provide a hearing and a final written decision within thirty (30) calendar days from the date of receipt of the request for review. Conforming with delegated authority, this hearing officer's decision serves as the Governor's final decision.

## OTHER COMPLAINTS

If the OBES EEO/AA Office's hearing officer has failed to provide a timely decision on behalf of the Governor within thirty (30) days after a request for a review, a complaint may be filed with the Secretary, U.S. Department of Labor, Employment and Training Administration, Washington, D.C. 20210.

All information and complaints involving fraud, abuse or other criminal activity shall be reported directly and immediately to the U.S. Department of Labor, Office of Inspector General, 200 Constitution Avenue, N.W. Washington, D.C. 20210.

If the complaint alleges discrimination, other than handicap, it must be filed with the U.S. Department of Labor, Directorate of Civil Rights, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

If a complaint alleges HANDICAP DISCRIMINATION, it must be filed initially at the State level. (As shown in the previous section: REVIEW OF DECISION.)

A COPY OF EACH COMPLAINT MUST BE FORWARDED TO THE OBES EEO/AFFIRMATIVE ACTION OFFICE within ten (10) days of the date of the filing.

AVOID NEEDLESS DELAYS BY FILING YOUR COMPLAINT OR GRIEVANCE APPROPRIATELY.