IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BRYON FREES, :

    Plaintiff, :

                                        Case No. 3:09cv00301

                               :

vs.                                 District Judge Walter Herbert Rice
                               :    Magistrate Judge Sharon L. Ovington

PIONEER CREDIT RECOVERY,
INC., et al.,                          :

    Defendants.
                                 :

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON OCTOBER 7, 2010 (Doc. #47); GRANTING DEFENDANT ITT TECHNICAL INSTITUTE'S MOTION TO DISMISS (Doc. #44); GRANTING PLAINTIFF'S MOTION FOR ORDER DISMISSING DEFENDANT ITT (Doc. #45) AND ORDERING PLAINTIFF'S CLAIMS AGAINST DEFENDANT ITT DISMISSED WITHOUT PREJUDICE; AND NOTING THAT THE CASE OTHERWISE REMAINS PENDING ON THE DOCKET OF THIS COURT**

---

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #47), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on October 7, 2010 (Doc. # 47) is ADOPTED in full;

2. Defendant ITT Technical Institute's Motion to Dismiss (Doc. #44) is GRANTED;

3. Plaintiff's Motion for Order Dismissing Defendant ITT (Doc. #45) is GRANTED and Plaintiff's claims against Defendant ITT are dismissed without prejudice; and

4. The case otherwise remains pending on the docket of this Court.

Walter Herbert Rice
United States District Judge

2